*Judge McMahon*   **'08 CIV 6363**

400-08/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BG 1651)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ATLAS BULK SHIPPING A/S

      Plaintiff,

 - against -

AGRENCO MADEIRA COMERCIO
INTERNACIONAL LTD a/k/a AGRENCO
MADEIRA COMERCIO INTERNACIONAL
LDA and AGRENCO SA,

      Defendants.
-----------------------------------------------------------X

08 CIV _____ (   )

**RULE 7.1 STATEMENT**



  The Plaintiff ATLAS BULK SHIPPING A/S by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
   July 15, 2008

          FREEHILL HOGAN & MAHAR, LLP
          Attorneys for Plaintiff
        By: _____
          Peter J. Gutowski (PG 2200)
          Barbara G. Carnevale (BC 1651)
          80 Pine Street
          New York, NY 10005
          Telephone: (212) 425-1900
          Fax: (212) 425-1901

NYDOCS1/308740.1