UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ATLAS BULK SHIPPING A/S,

                 Plaintiff,

    -against-

AGRENCO MADEIRA COMERCIO
INTERNACIONAL LTD a/k/a AGRENCO
MADEIRA COMERCIO INTERNACIONAL LDA
and AGRENCO SA,

                 Defendant.
-------------------------------------------------------------------x

ECF
**NOTICE OF APPEARANCE**
08 Civ. 6363

DEFENDANTS, AGRENCO MADEIRA COMERCIO INTERNACIONAL LTD a/k/a AGRENCO MADEIRA COMERCIO INTERNACIONAL LDA and AGRENCO SA, hereby appear in the within action by their counsel Llorca & Hahn LLP.

_____
Manuel R. Llorca (ML4034)
Llorca & Hahn LLP
8 Watering Lane
Norwalk, CT 06850-4418
Telephone 203 642 7321
Fax 203 642 7322
Email m.llorca@llorcahahn.com