McMAHON, J.

400-08/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BG 1651)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ATLAS BULK SHIPPING A/S

                Plaintiff,

- against -

AGRENCO MADEIRA COMERCIO
INTERNACIONAL LTD a/k/a AGRENCO
MADEIRA COMERCIO INTERNACIONAL
LDA and AGRENCO SA,

                Defendants.
-----------------------------------------------------------X

08 CIV 6363 (CM)

STIPULATION and
ORDER OF
DISMISSAL AND
WITHDRAWAL OF
ATTACHMENT

     IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-entitled matter (involving a security proceeding with respect to a claim by the Plaintiff for outstanding hire) having been resolved, the above-entitled action is hereby discontinued with prejudice and without costs as to the claim for hire, with the understanding that the dismissal does not relate to any other claim(s) which may exist or which may accrue in respect to the contractual relationship between the parties.

     IT IS FURTHER STIPULATED AND AGREED that the attachment issued in this action under Supplemental Rule B is withdrawn and vacated, and any garnishee

holding funds pursuant to the Order of Attachment issued herein is directed to release those funds from the restraint herein.

So Ordered: _____
U.S.D.J.

Dated: August __, 2008    9-π-08

The parties hereto consent to entry of this Order.

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
ATLAS BULK SHIPPING A/S

By: _____
Peter J. Gutowski (PG-2200)
80 Pine Street
New York, New York 10005
212-425-1900
gutowski@freehill.com


Llorca and Hahn, LLC
Attorneys for Defendants
AGRENCO MADEIRA COMERCIO
INTERNACIONAL LTD a/k/a AGRENCO
MADEIRA COMERCIO INTERNACIONAL
LDA and AGRENCO SA

By: _____
Manuel R. Llorca, Esq. (ML4034)
8 Watering Ln
Norwalk, CT 06850-4418
203-642-7321
m.llorca@llorcahahn.com